1  JILL GARCIA
   Nevada Bar No. 7805
2  jill.garcia@ogletreedeakins.com
   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
3  Wells Fargo Tower
   Suite 1500
4  3800 Howard Hughes Parkway
   Las Vegas, NV 89169
5  Telephone: 702.369.6800
   Fax: 702.369.6888
6

7  *Attorneys for Defendant Sun Life Assurance
   Company of Canada*

8

9           **IN THE UNITED STATES DISTRICT COURT**

10                  **DISTRICT OF NEVADA**

11  DANA REIPLINGER,
                                            No. 2:17-cv-00688-MMD-CWH
12              Plaintiff
                                            **STIPULATION AND ORDER FOR**
13       v.                                 **DISMISSAL WITH PREJUDICE**

14  SUN LIFE ASSURANCE COMPANY OF
    CANADA, INC.,
15
                Defendants.
16

17       Plaintiff Dana Reiplinger ("Plaintiff") and Defendant Sun Life Assurance Company of

18  Canada ("Sun Life"), by and through their attorneys, stipulate that Plaintiff's Complaint in the

19  //

20  //

21  //

22  //

23  //

24

25

above-styled action shall be and the same hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii). Each party shall bear her/its own costs and expenses of litigation.

Dated this 9th day of August, 2017.

| DEL GROSSO LAW, LTD. | OGLETREE, DEAKINS, NASH, SMOAK STEWART, P.C. |
|---|---|
| /s/ Valerie Del Grosso | /s/ Jill Garcia |
| Valerie Del Grosso<br>4974 S. Rainbow, Suite 100<br>Las Vegas, NV 89118<br>Telephone: 702.900.1470<br>*Attorneys for Plaintiff Dana Reiplinger* | Jill Garcia<br>Wells Fargo Tower, Suite 1500<br>3800 Howard Hughes Parkway<br>Las Vegas, NV 89169<br>Telephone: 702.369.6800<br>*Attorneys for Defendant Sun Life Assurance Company of Canada* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

August 10, 2017
DATED

30676497.1

- 2 -